**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| JAMES STEVEN VON HOLDT | ) | BANKRUPTCY CASE NUMBER 08-10785 |
| TINA BERNIECE VON HOLDT | ) | CHAPTER 7 |
| | ) | |
| DEBTORS. | ) | |

**NOTICE PURSUANT TO F.R.B.P. 3010**

Comes now the Trustee, Yvette Gaff Kleven, and advises that dividends to the below-listed creditors were less than $5.00 each:

| | | |
|---|---|---|
| CLAIM # 2 | Capital One Bank<br>Post Office Box 60024<br>City Of Industry, CA   91716-0024 | $ 1.45 |
| CLAIM # 4 | US Bank<br>Post Office Box 790408<br>Saint Louis, MO 63179-0408 | $ 1.57 |
| CLAIM # 5 | Wells Fargo<br>Post Office Box 98751<br>Las Vegas, NV 89193-8751 | $ 3.81 |
| | **TOTAL:** | **$ 6.83** |

Respectfully submitted,

_____/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:   260 / 407-7000
ygk@sak-law.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 5th day of October, 2010, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to: the United States Trustee, at USTPRegion10.SO.ECF@usdoj.gov,, and was sent via first class United States mail, postage prepaid, to the Creditors listed above at the addresses indicated.

                                                ____/s/ Yvette Gaff Kleven_____
                                                Yvette Gaff Kleven